UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for CITIZENS
STATE BANK, a Michigan banking
institution,

           Plaintiff,

vs.

A. LEWIS KATZOWITZ, an individual,
and JOSEPH P. ZADA, an individual,
           Defendants.

Case No. 2:10-CV-11057-PJD-MKM
Hon. Patrick J. Duggan
Magistrate Judge Mona K Majzoub

_____/

| | |
|---|---|
| THOMAS G. COSTELLO (P42973) | BENJAMIN J. ALOIA (P54424) |
| SHAWN Y. GRINNEN (P62569) | ALOIA & ASSOCIATES |
| Lipson, Neilson, Cole, Seltzer & Garin, P.C. | Attorneys for Defendant Zada |
| Attorneys for Plaintiff FDIC | 48 S. Main Street |
| 3910 Telegraph Road, Suite 200 | Mount Clemens, MI 48043 |
| Bloomfield Hills, Michigan 48302 | |
| | FRANCIS J. HEARSCH, JR. (P14800) |
| MARK MERLANTI (P35804) | Schienke, Staugaard & Hearsch |
| Finkel Whitefield Selik | Co-Counsel for Defendant Katzowitz |
| Attorneys for Defendant Katzowitz | 85 Macomb Place |
| 32300 Northwestern Highway, Suite 200 | Mt. Clemens, MI 48043 |
| Farmington Hills, MI 48334 | |
| (248)855-6500 | |

### ORDER GRANTING FDIC, AS RECEIVER FOR CITIZENS STATE BANK'S, EX-PARTE MOTION FOR ALTERNATE SERVICE OF SUBPOENA UPON WALTER ZAREMBA AND YVONNE ZAREMBA

Upon reviewing the FDIC, as Receiver for Citizens State Bank's ("FDIC-R"), Ex Parte Motion for Alternate Service of Subpoena Upon Walter Zaremba and Yvonne Zaremba, as well as the Affidavit of Attempted Service that was attached thereto, and with the Court being otherwise fully advised in the premises;

    **NOW THEREFORE**,

    **IT IS HEREBY ORDERED** that the FDIC-R's Ex Parte Motion for Alternate Service of Subpoena Upon Walter Zaremba and Yvonne Zaremba is Granted.

**IT IS HEREBY FURTHER ORDERED** that the FDIC-R shall serve Walter Zaremba with a subpoena compelling his attendance for deposition by each of the following methods: (1) attaching a copy of the subpoena to the front door of the residence located at 8692 M 32 Highway, Elmira, MI 49730, (2) by mailing a copy of the subpoena, via first class regular mail, to 8692 M 32 Highway, Elmira, MI 49730; and (3) mailing a copy of the subpoena, via first class regular mail, to Walter Zaremba's last known attorney, Leonard K. Berman, Esq., 24255 W. 13 Mile Rd., Suite 270, Bingham Farms, MI 48025.

**IT IS HEREBY FURTHER ORDERED** that the FDIC'R shall serve Yvonne Zaremba with a subpoena compelling her attendance for deposition by each of the following methods: (1) attaching a copy of the subpoena to the front door of the residence located at 8692 M 32 Highway, Elmira, MI 49730, (2) by mailing a copy of the subpoena, via first class regular mail, to 8692 M 32 Highway, Elmira, MI 49730; and (3) mailing a copy of the subpoena, via first class regular mail, to Brendan Frey, Esq., counsel for the Zaremba Group LLC, located at 1361 E. Big Beaver Rd., Troy, MI 48083.

**IT IS HEREBY FURTHER ORDERED** that the deposition dates set forth in the subpoenas may be adjourned/changed if required to accommodate scheduling conflicts and that notice of any such adjournment/change may be served upon Walter Zaremba and Yvonne Zaremba via regular first class mail to 8692 M 32 Highway, Elmira, MI 49730.

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: May 13, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on May 13, 2011, by electronic and/or ordinary mail.

        S/Marilyn Orem
        Case Manager